UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

**GEORGE BARNES,**

            **Plaintiff,**

**WAUSAU UNDERWRITERS INSURANCE COMPANY,**

            **Involuntary Plaintiff,**

            Case No. 06-C-341

   **-vs-**

**REDFORD-CARVER FOUNDRY PRODUCTS, a Division of TROMLEY INDUSTRIAL HOLDINGS, INC. and FEDERAL INSURANCE COMPANY,**

            Defendant**s.**

## ORDER

      Based on the Stipulation of the parties,

      **IT IS HEREBY ORDERED** that the above-entitled action, together with all claims and causes of action set forth in the pleadings, is dismissed with prejudice and without costs.

      Dated at Milwaukee, Wisconsin, this 29th day of March, 2007.

                          **SO ORDERED,**

                          s/ Rudolph T. Randa
                          **HON. RUDOLPH T. RANDA**
                          **Chief Judge**